

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Charlotte Division**

Case No. 25–30986
Chapter 7

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):

Christopher DeWayne Willcox
PO Box 1132
Monroe, NC 28111
Social Security No.: xxx–xx–1000

Regina LaChelle Willcox
  aka Regina LaChelle Maxwell, aka Regina LaChelle Gainey
PO Box 1132
Monroe, NC 28111
Social Security No.: xxx–xx–5909

# NOTICE OF DEFECTIVE ENTRY OR FILING

**NOTICE IS HEREBY GIVEN** that the Amended Notice of Opportunity for Hearing filed in the above referenced case on 04/21/2026 as document(s) # 41 is defective for the reason(s) marked below:

Notice incomplete – Hearing date, time and location required in notice.

PLEASE TAKE NOTICE that this should be corrected immediately to allow for timely processing of the case/proceeding.

Dated: April 21, 2026

Christine F Ramsey
Clerk of Court

Electronically filed and signed (4/21/26)