

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Charlotte Division**

Case No. 25–30986
Chapter 7

---

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):

Christopher DeWayne Willcox
PO Box 1132
Monroe, NC 28111
Social Security No.: xxx–xx–1000

Regina LaChelle Willcox
   aka Regina LaChelle Maxwell, aka Regina LaChelle Gainey
PO Box 1132
Monroe, NC 28111
Social Security No.: xxx–xx–5909

---

# NOTICE OF DEFECTIVE ENTRY OR FILING

**NOTICE IS HEREBY GIVEN** that the Certificate of Service filed in the above referenced case on 04/24/2026 as document(s) # 45 is defective for the reason(s) marked below:

Case Caption required pursuant to Bankruptcy Rule 9004(b).

PLEASE TAKE NOTICE that if the above–referenced items are not corrected or satisfied within five (5) business days, the court will deem the filing as deficient and enter an order to strike the filing from the record as null and void.

Dated: May 1, 2026

Christine F Ramsey
Clerk of Court

Electronically filed and signed (5/1/26)