**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

IN RE:

CHRISTOPHER DEWAYNE WILLCOX
AND REGINA LACHELLE WILLCOX,

      DEBTOR

CHAPTER 7
CASE NO.: 25-30986

**AMENDED NOTICE OF OPPORTUNITY FOR HEARING**

      TAKE NOTICE that Mercedes-Benz Vehicle Trust successor-in-interest to Daimler Trust ("Mercedes-Benz"), by and through counsel, has filed papers with the Court to seek relief from the automatic stay. A copy of these papers are included with this Notice or copied on the reverse side of this Notice.

      **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

      If you do not want the Court to order relief from the automatic stay, or if you want the Court to consider your views on the motion, then on or before 14 days from the date of this Notice, you or your attorney must do three things:

1. **File with the Court a written response <u>requesting that the Court hold a hearing</u> and explaining your position. File the response at:**

      U.S. Bankruptcy Court
      Western District of North Carolina
      401 West Trade Street, Suite 2500
      Charlotte, NC 28202

      If you mail your request to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.

2. **On or before the date stated above for written responses, you must also mail or fax a copy of your written request to:**

      Eudora F. S. Arthur
      Womble Bond Dickinson (US) LLP
      555 Fayetteville Street, Suite 1100
      Raleigh, NC 27601
      *Attorney for Mercedes-Benz Vehicle Trust successor-in-interest to Daimler Trust*

3. **Attend the hearing scheduled for July 22, 2026 at 10:00 a.m**. at:

U.S. Bankruptcy Court
Western District of North Carolina
401 West Trade Street, Courtroom 2A
Charlotte, NC 28202

If you or your attorney do not take these steps, **A HEARING WILL NOT BE HELD**, and the Court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Dated:  May 12, 2026          WOMBLE BOND DICKINSON (US) LLP

By:     /s/ Eudora F. S. Arthur
         Eudora F. S. Arthur (NC Bar No. 59854)
         555 Fayetteville Street, Suite 1100
         Raleigh, NC 27601
         Phone: (919) 755-2178
         Email: Dorie.Arthur@wbd-us.com

## <u>CERTIFICATE OF SERVICE</u>

I, the undersigned, of Womble Bond Dickinson (US) LLP, hereby certify:

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age;

That on this day, I served a copy of the foregoing Motion for Relief from Automatic Stay on:

> Christopher DeWayne Willcox
> Regina LaChelle Willcox
> PO Box 1132
> Monroe, NC 28111
> *Debtors*

by depositing the same in the United States mail, first class, postage prepaid.

That on this day, the foregoing Motion for Relief from Automatic Stay was served by electronic means through the Court's CM/ECF service on:

> Jack G. Lezman
> *Attorney for Debtor*
>
> Cole Hayes
> *Chapter 13 Trustee*
>
> Shelley Abel
> *Bankruptcy Administrator*

I certify under penalty of perjury that the foregoing is true and correct.

Dated: May 12, 2026

WOMBLE BOND DICKINSON (US) LLP

By:   /s/ Eudora F. S Arthur
EUDORA F. S. ARTHUR
NC State Bar Number 59854
555 Fayetteville St., Suite 1100
Raleigh, NC 27601
Telephone: (919) 755-2178
dorie.arthur@wbd-us.com
*Attorneys for Mercedes-Benz Vehicle Trust successor-in-interest to Daimler Trust*